UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SCOTT FORTIER,

    Plaintiff,

v.                                  Case No. 3:17-cv-0140-J-20PDB

CREDIT PROTECTION ASSOCIATION
L.P.,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on a Mediation Disposition Report (Dkt. 14) that indicates this matter has been completely resolved. Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 20 day of November, 2017.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Todd M. Davis, Esq.
Andrew J.J. Collinson, Esq.
Ruel W. Smith, Esq.